FILED ☑    RECEIVED ___
ENTERED ___    SERVED ON ___
COUNSEL/PARTIES OF RECORD

APR 20 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>            Plaintiff,                              )<br>                                                              )<br>    v.                                                    )     2:14-CR-194-RFB-(NJK)<br>                                                              )<br>ANNA COBB,                                     )<br>                                                              )<br>            Defendant.                          )  | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 20, 2015, defendant ANNA COBB pled guilty to Count Two of a Three-Count Superseding Criminal Information charging her with Accessory After the Fact to the Crime of Transmission of Gambling Information in violation of Title 18, United States Code, Section 1084. Superseding Criminal Information, ECF No. 206; Change of Plea, ECF No. 222; Plea Agreement, ECF No. 214.

This Court finds defendant ANNA COBB agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information. Superseding Information, ECF No. 206; Change of Plea, ECF No. 222; Plea Agreement, ECF No. 214.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information and the offense to which defendant ANNA COBB pled guilty.

///

1  The following asset is any property, real or personal, which constitutes or is derived from
2  proceeds traceable to violations of Title 18, United States Code, Section 1084 and is subject to
3  forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States
4  Code, Section 2461(c):  $4,223,990 in United States Currency ("property").
5  This Court finds the United States of America is now entitled to, and should, reduce the
6  aforementioned property to the possession of the United States of America.
7  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
8  United States of America should seize the aforementioned property.
9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
10 ANNA COBB in the aforementioned property is forfeited and is vested in the United States of
11 America and shall be safely held by the United States of America until further order of the Court.
12 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
13 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
14 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the
15 time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
16 name and contact information for the government attorney to be served with the petition, pursuant to
17 Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
18 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity
19 who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate
20 the validity of the petitioner's alleged interest in the property, which petition shall be signed by the
21 petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and
22 Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's
23 right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
24 petition and the relief sought.
25 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
26 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than

thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED after the property is forfeited in the criminal case against Glen Cobb, Charles Cobb, Anna Cobb, Monica Namnard, and Lycur, LLC, and the Final Orders of Forfeiture as to each are entered, within a practicable time thereafter for the United States, the United States agrees to release one payment of $9,049,996.41 in United States Currency to Richard Wright, Wright, Stanish & Winckler, on behalf of Glen Cobb, Charles Cobb, Anna Cobb, Monica Namnard, and Lycur, LLC pursuant to the Plea Agreements (ECF Nos. __, __, __, __, __).

DATED this 20 day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE