

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANNA COBB, ) <br> ) <br> Defendant. ) | 2:14-CR-194-RFB-(NJK) |

**FINAL ORDER OF FORFEITURE**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant ANNA COBB to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant ANNA COBB pled guilty. Superseding Criminal Information, ECF No. 206; Plea Agreement, ECF No. 214; Change of Plea, ECF No. 222; Preliminary Order of Forfeiture, ECF No. 228.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 1, 2015, through May 30, 2015, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 236.

1  On June 25, 2015, the United States Attorney's Office served Chaluay Namnard, 8365 Bomberos Court, Las Vegas, Nevada, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 237.

On June 25, 2015, the United States Attorney's Office served Chaluay Namnard, 8385 Bomberos Court, Las Vegas, Nevada, with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 237.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

$4,223,990 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

///
///
///

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 23 day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE